[Nos. 29589-0-II; 31155-1-II.  Division Two.  May 18, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT ORAN SHIPMAN, *Appellant*.

*In the Matter of the Personal Restraint of* ROBERT ORAN SHIPMAN, *Petitioner*.

Appeal from a judgment of the Superior Court for Clark County, No. 02-1-00617-5, John F. Nichols, J., entered November 6, 2002, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Kennedy, J., concurred in by Armstrong, J., and Seinfeld, J. Pro Tem.

[No. 29691-8-II.  Division Two.  May 18, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT RYAN RAUCH, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 02-1-01795-9, Barbara D. Johnson, J., entered December 3, 2002. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Quinn-Brintnall, C.J., and Houghton, J.

[No. 29844-9-II.  Division Two.  May 18, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS EUGENE BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-00189-2, Kathryn J. Nelson, J., entered January 9, 2003. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Quinn-Brintnall, C.J., and Bridgewater, J.